CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jayrando J Brady** DOB: 1987; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-06501 MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about September 25, 2019, at or near Douglas, in the District of Arizona, **Jayrando J Brady**, knowing or in reckless disregard that certain aliens, namely Bismar Nestor-Lopez, Jose Armando Hernandez-Meza, and Camilo Venegas-Martinez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about September 25, 2019, at or near Douglas, in the District of Arizona, **Jayrando J Brady**, knowing that certain illegal aliens, Bismar Nestor-Lopez, Jose Armando Hernandez-Meza, and Camilo Venegas-Martinez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Bismar Nestor-Lopez, Jose Armando Hernandez-Meza, and Camilo Venegas-Martinez so that they would not be apprehended by law enforcement by transporting them in the vehicle that **Jayrando J Brady** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about September 25, 2019, at or near Douglas, in the District of Arizona, United States Border Patrol Agents (BPA) observed a Honda Civic pulled over on Paul Spur Road and three suspected illegal aliens ran out of the brush and got into the vehicle. Paul Spur Road is located approximately two miles north of the International Boundary Fence (IBF) and is a common area for vehicles to pick up illegal aliens. BPA encountered the vehicle westbound on SR-80 and conducted a vehicle stop. The driver was identified as **Jayrando J Brady**, a United States Citizen. BPA also encountered three passengers and determined that they were in the United States illegally.

Material witnesses Bismar Nestor-Lopez, Jose Armando Hernandez-Meza, and Camilo Venegas-Martinez stated that they had made arrangements to be smuggled into the United States for money. Nestor, Hernandez, and Venegas each stated that they crossed the IBF with other subjects. Hernandez stated they walked to a road and hid. Approximately 10 minutes later, a blue almost gray Honda Civic stopped and the driver honked the horn. Hernandez stated that three of the six members of the group got into the vehicle. Nestor and Hernandez identifies **Brady** as the driver in a photo line-up. Venegas did not identify the driver.

In a post-*Miranda* statement, **Brady** stated that replied to a post on social media. The post was asking someone to pick up and transport people from Douglas. **Brady** stated that on September 22, 2019, he picked up two people for Elfrida and transported them in the trunk to Phoenix. **Brady** stated he was paid $400 USD. **Brady** stated that he contacted the unknown man for more work. He was instructed to pick up three people and to transport them to a hotel in Sierra Vista. **Brady** stated that when picked them up they came out of the brush wearing camouflage clothing. **Brady** stated that he was hoping to be paid $1,200 USD this time

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Bismar Nestor-Lopez, Jose Armando Hernandez-Meza, and Camilo Venegas-Martinez

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA JW/ri  JACA<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 26, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54